# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970−2 | User: hilkertpm | Date Created: 7/30/2009 |
| Case: 2:08−ap−00290−SSC | Form ID: pdf008 | Total: 6 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | ANDY ROSS CAMACHO | andy.r.camacho@usdoj.gov |
| aty | RIC D. HULSHOFF | phxirs.bk.email@irscounsel.treas.gov |
| aty | RONALD J. ELLETT | rjellett@ellettlaw.phxcoxmail.com |

                                                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| pla | LOGAN T. JOHNSTON, III | ONE W. 1ST ST. | PHOENIX, AZ 85004 | | |
| dft | INTERNAL REVENUE SERVICE | 210 E. EARLL DR. | MS 5014 PX | PHOENIX, AZ 85012 | |
| ust | U.S. TRUSTEE | OFFICE OF THE U.S. TRUSTEE | 230 NORTH FIRST AVENUE | SUITE 204 | PHOENIX, AZ 85003 |

                                                                                                TOTAL: 3